

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By _jborges_
Deputy Clerk
Date **Apr 15, 2022**

**COMPLAINT**

Case No: 2019 CRW 4654

**22-mj-2647-TORRES**

District of Columbia ss:

| Defendant's Name: | Kevin | | Smith | 451461 | 19156142 |
|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) |

| Also Known As: | | | |
|---|---|---|---|
| | (First) | (Middle) | (Last) |

Address: 267 37TH STREET, SE, WASHINGTON DC

On or about September 2, 2019, within the District of Columbia, KEVIN SMITH assaulted VERNELL WEST with a dangerous weapon, that is, A KNIFE. (Assault with a Dangerous Weapon, in violation of 22 D.C. Code, Section 402 (2001 ed.))

Co-Defendants:

Kinnicia Williams, 2019 FD3 11377

_____
Affiant's Name

Subscribed and sworn to before me this ___5___ day of ___September, 2019___

_____
(Judge) (Deputy Clerk)

**WARRANT**

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for ___Kevin Smith___
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____
Judge - Superior Court of the District of Columbia

Title 16: ☐     Rule 105: ☐     Judge: _____

| Sex: Male | DOB: 01/29/1971 | CCN: 19156142 | PDID: 451461 |
|---|---|---|---|
| Papering Officer: Whisnant (6d) | | | Badge No.: |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: September 5, 2019 |
|---|---|
| AUSA Signature: | Fel. I ☐   AFTC ☐   Fel. II ☐ |

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

2019 CLW 4659

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

USW NO.:

| DEFENDANT'S NAME: Kevin Smith | NICKNAME: | ALIASES: Unk | CCN: 19156142 | PDID: 451461 |
|---|---|---|---|---|

| SEX: M | RACE: B | DOB: Jan 29, 1971 | HGT: 6'1 | WGT: 210 | EYES: BR | HAIR: Blk | COMPL: Light | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 267 37th St SE | TELEPHONE NUMBER: Unk |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unk | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: Vernell West | TELEPHONE NUMBER: SEE REPORT | |
|---|---|---|
| LOCATION OF OFFENSE: 267 37th St SE | Date Of Offense: September 2, 2019 | TIME OF OFFENSE: 2309 |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 01 = Other (Explain)
- 90 = Diabetic
- 60 = Allergies
- 20 = Known to abuse drugs

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

**Police Report**
On September 2, 2019, the Complainant reported to the Metropolitan Police department that she was stabbed by the Defendant Williams and Defendant Smith

**Investigation**
On September 2, 2019, this affiant responded to the 3500 block of Ely Pl SE for a stabbing investigation. Upon the arrival to the scene, this affiant was met by Officer Beatty, who briefed this affiant on the case details. Next, this writer was able to briefly speak with the Complainant, who was in the ambulance. The Complainant stated that he responded over to the Defendant's house on 37th St SE to pick up his son. The Complainant then advised this affiant that the Defendant is the mother of his son. The Complainant reported that while he was in the location, he became involved in a verbal altercation with the Defendant over their son. The Complainant stated that the altercation became physical when Defendant Smith grabbed the Complainant by the dreads pulling his head back. The Complainant stated that it was at this time that the Defendant Williams produced a knife and

AFFIANT'S SIGNATURE:

**TO: WARRANT CLERK**
PLEASE ISSUE A WARRANT FOR:
Kevin Smith

Charge With: ADW (F) (DV)

_____ 9/5/19
ASSISTANT UNITED STATES ATTORNEY

NCIC OK

SUBSCRIBED AND SWORN BEFORE ME THIS _____
_____ DAY OF _____ 20 ____
_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050

Revision Date: 11-29-06                    Page ___ of 3

CO-DEFENDANT: WILLIAMS, 2019 FD3 11377

JOR CRW4654

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**          USW NO.:

| DEFENDANT'S NAME: Kevin Smith | NICKNAME: | ALIASES: Unk | CCN: 19156142 | PDID: 451461 |
|---|---|---|---|---|

| SEX: M | RACE: B | DOB: Jan 29, 1971 | HGT: 6'1 | WGT: 210 | EYES: BR | HAIR: Blk | COMPL: Light | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 267 37th St SE | TELEPHONE NUMBER: Unk |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unk | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: Vernell West | TELEPHONE NUMBER: SEE REPORT | |
|---|---|---|
| LOCATION OF OFFENSE: 267 37th St SE | Date Of Offense: September 2, 2019 | TIME OF OFFENSE: 2309 |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- __ 00 = Armed and Dangerous
- __ 05 = Violent Tendencies
- __ 10 = Martial Arts Expert
- __ 15 = Explosive Expertise
- __ 25 = Escape Risk
- __ 30 = Sexually Violent Predator
- __ 50 = Heart Condition
- __ 55 = Alcoholic
- __ 65 = Epilepsy
- __ 70 = Suicidal
- __ 80 = Medication Required
- __ 85 = Hemophiliac
- __ 01 = Other (Explain)
- __ 90 = Diabetic
- __ 60 = Allergies
- __ 20 = Known to abuse drugs

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

slashed the Complainant across his neck and chest. The Complainant stated that Defendant Smith then produced a knife and sliced the Complainant in the right arm causing a laceration to the Complainant's inner bicep. The Complainant then fled out of the location and ran to the 3500 block of Ely Pl SE and called the police. The Complainant stated that the Defendants name was Kinnicia Williams but he did not know how to spell her first name. The Complainant described Kinnicia as a short medium brown black female, about 5'2 in height with a thick build. The Complainant further stated that Defendant William's DOB was September 9th, but he did not know the year. The Complainant then stated that Defendant Smith's name was Kevin and that he was the boyfriend of the Defendant. The Complainant described Kevin as a light skin tall black male about 5'10-6'0 and slim. Lastly, the Complainant stated that he did not know the numerical address of the Defendant's home but stated that it was by the light tower in the 200 block of 37th St SE. Furthermore, the complainant advised again that the stabbing took place inside of the Defendant's home on 37th St SE.

On September 3, 2019, this affiant responded to Howard Hospital to meet with the complainant to get additional

AFFIANT'S SIGNATURE:
x _____

**TO: WARRANT CLERK**

PLEASE ISSUE A WARRANT FOR:

Kevin Smith

Charge With: __ADW (F) (DV)__
_____ 9/5/19
ASSISTANT UNITED STATES ATTORNEY
NCIC OK

SUBSCRIBED AND SWORN BEFORE ME THIS _____
_____ DAY OF _____ 20 _____
_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                    Revision Date: 11-29-06                    Page __ of 3

2

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**   USW NO.:

| DEFENDANT'S NAME: Kevin Smith | NICKNAME: | ALIASES: Unk | CCN: 19156142 | PDID: 451461 |
|---|---|---|---|---|

| SEX: M | RACE: B | DOB: Jan 29, 1971 | HGT: 6'1 | WGT: 210 | EYES: BR | HAIR: Blk | COMPL: Light | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 267 37th St SE | TELEPHONE NUMBER: Unk |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unk | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: Vernell West | TELEPHONE NUMBER: SEE REPORT |
|---|---|
| LOCATION OF OFFENSE: 267 37th St SE | Date Of Offense: September 2, 2019 / TIME OF OFFENSE: 2309 |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 01 = Other (Explain)
- 90 = Diabetic
- 60 = Allergies
- 20 = Known to abuse drugs

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

information. The complainant stated that the Defendant has a profile on Facebook under the name "Kiki Williams." Officer Beatty queried the name Kiki Williams on Facebook at which time he was able to find the profile of a Kiki Williams from Washington D.C. On the bio for Kiki Williams on it stated "Kevin's Wife." The Complainant was shown the profile picture of Kiki Williams and identified the woman pictured as the Defendant, Kinnicia Williams who stabbed him. While looking at the profile picture, the Complainant was also able to see another picture on Kiki Williams's timeline of her with a male. The Complainant stated to this affiant and Officers that the male pictured with Kiki Williams was Kevin, the Suspect who held him down and stabbed him.

Also on September 3, 2019, this affiant returned to the 6th District Detective Office at which time he queried the name of Kinnicia Williams in an MPD database. This affiant was able to generate a return for a Kinnicia Williams with the DOB of 09/09/1982 that included a picture. The subject Kinnicia Williams picture in the system was a direct match to the female pictured on the Kiki Williams Facebook account. Kinnicia Williams was also listed in the system as 5'2 and 200 pounds which is an exact match to the Defendant that the complainant

**AFFIANT'S SIGNATURE:** x _____

**TO: WARRANT CLERK**
**PLEASE ISSUE A WARRANT FOR:**
Kevin Smith

Charge With: ADW (F) (DV)

_____ 9/5/19
ASSISTANT UNITED STATES ATTORNEY

NCIC OK

SUBSCRIBED AND SWORN BEFORE ME THIS _____ DAY OF _____ 20 ___

_____
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050    Revision Date: 11-29-06    Page ___ of 3

3

2019 CUN 4654

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**   USW NO.:

| DEFENDANT'S NAME: Kevin Smith | NICKNAME: | ALIASES: Unk | CCN: 19156142 | PDID: 451461 |
|---|---|---|---|---|

| SEX: M | RACE: B | DOB: Jan 29, 1971 | HGT: 6'1 | WGT: 210 | EYES: BR | HAIR: Blk | COMPL: Light | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 267 37th St SE | TELEPHONE NUMBER: Unk |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unk | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: Vernell West | TELEPHONE NUMBER: SEE REPORT | |
|---|---|---|
| LOCATION OF OFFENSE: 267 37th St SE | Date Of Offense: September 2, 2019 | TIME OF OFFENSE: 2309 |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 01 = Other (Explain)
- 90 = Diabetic
- 60 = Allergies
- 20 = Known to abuse drugs

**GIVE A BRIEF DESCRIPTION OF WHAT HAPPENED:**

described. Furthermore, Kinnicia Williams in the system had the address of 267 27th St SE listed as her home address. In addition, the Complainant is under Kinnicia Williams' associates in the system as the Complainant is listed to have a child together and be the ex-significant other her. There is also another male by the name of Kevin Smith DOB 01/29/1971 who is listed as the current significant other of Kinnicia Williams. This affiant found that the picture of Kevin Smith in the system was a direct match to the person the Complainant identified as Kevin from the Kiki Williams Facebook page. In addition, the physical description of Kevin Smith from the system was consistent with the description the Complainant gave Defendant Smith as the system listed Kevin Smith as 6'1 with a light skin tone. Lastly, Kinnicia Williams and Kevin Smith were involved in two offense and one incident reports at the address 267 37h St SE within the last year.

Based on the facts and circumstances outlined in this affidavit, this affiant believes that there is probable cause for the issuance of an arrest warrant for Kevin smith DOB 01/29/1971

AFFIANT'S SIGNATURE: X_____

**TO: WARRANT CLERK**
**PLEASE ISSUE A WARRANT FOR:**
Kevin Smith

Charge With: ADW (F) (DV)
_____ 9/5/19
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS 5 DAY OF September 20 19
(JUDGE) DEPUTY CLERK SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

NCIC OK

Form CD(17)-1050          Revision Date: 11-29-06          Page __ of 3

4